1  TAB MITCHELL, ESQ. (SBN: 118749)
   MITCHELL LAW FIRM
2  390 FIFTH STREET
   HOLLISTER, CA  95023-3903
3  (831) 636-6100
   (855) 345-4529 FAX
4
   Attorney for Plaintiffs
5  MARVIN ROBINSON; LINDA MCLURE AND JAMES MCCLURE-BEAVERS

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  MARVIN ROBINSON; LINDA MCCLURE; JAMES MCCLURE-BEAVERS; | Case No: 1:20-CV-01239-DAD-JLT<br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF EXPERT DISCLOSURE AND DISCOVERY** |
| 11 | |
| 12          Plaintiffs | |
| 13          vs. | (Doc. 15) |
| 14 | |
| 15  YUNIESKY PORTELLE; RS EXPRESS TRUCKING, INC.; and Does 1 to 50, inclusive, | |
| 16 | |
| 17          Defendants | |

18          COME NOW Plaintiffs MARVIN ROBINSON, LINDA MCCLURE and JAMES

19  MCCLURE-BEAVERS, and Defendants YUNIESKY PORTELLE and RS EXPRESS

20  TRUCKING, INC., constituting all the parties appearing in this action, by and through

21  their respective undersigned counsel and hereby stipulate as follows:

22          WHEREAS, on July 30, 2020, Plaintiff filed this present action;

23          WHEREAS, on September 21, 2020, Defendant filed its Answer to Plaintiffs'

24  Complaint;

25          WHEREAS, on November 25, 2020, the Court set forth a scheduling order designating

26  the following deadlines:

27

28  JOINT STIPULATION and [~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF EXPERT DISCLOSURE AND
    DISCOVERY DEADLINES (CASE 1:20-CV-01239-DAD-JLT)                                    1

Settlement Conference……………………………. August 6, 2021

Expert Disclosure…………………………….…..June 14, 2021

Expert Discovery…………………………….…..August 9, 2021

WHEREAS, on February 9, 2021, the Court advanced the Settlement Conference to be held on June 2, 2021;

WHEREAS, on June 2, 2021, the Settlement Conference was held without an agreement being reached.

WHEREAS, the parties are working together to resolve this matter and request that the Court grant this Joint Stipulation Regarding Continuance of Expert Disclosure and Discovery Deadlines in order to facilitate settlement and allow the parties to continue negotiating a resolution.

WHEREAS, no trial date has been set in this case; thereby this request does not alter the date trial will be held.

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the Court's approval, that the dates previously set by this Court be continued as follows:

| OLD DATE | PROPOSED DATE | DEADLINE |
|---|---|---|
| June 14, 2021 | June 28, 2021 | Expert Disclosure |
| August 9, 2021 | August 23, 2021 | Expert Discovery Cut-Off |

SO STIPULATED.

DATED: 6/11/2021                        MITCHELL LAW FIRM

                                        By /S/Tab Mitchell, Esq.
                                        TAB MITCHELL, ESQ.
                                        Attorney for Plaintiffs
                                        MARVIN ROBINSON
                                        LINDA MCCLURE
                                        JAMES MCCLURE-BEAVERS

1

2      DATED: 6/11/2021                    LARSON & GASTON, LLP

3                                    By      /S/ Yasmine Hussein, Esq. (with permission)
                                            YASMINE HUSSEIN, ESQ.
4                                            Attorney for Defendants
                                            YUNIESKY PORTELLE and
5                                            RS EXPRESS TRUCKING, INC.

6

7  IT IS SO ORDERED.

8  Dated:   **June 13, 2021**              **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28