UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ROBINSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YUNIESKY PORTELLE, et al., <br><br> Defendants. | No. 1:20-cv-01239-DAD-JLT <br><br> ORDER REFERRING MOTION TO MAGISTRATE JUDGE <br><br> (Doc. No. 19) |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion to withdraw as counsel filed by counsel for plaintiffs Marvin Robinson, Linda McClure, and James McClure-Beavers (Doc. No. 19) is hereby referred to United States Magistrate Judge Jennifer L. Thurston for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated: **July 29, 2021**

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE