UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ROBINSON, et al., | No. 1:20-cv-01239-DAD-JLT |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO WITHDRAW AS COUNSEL |
| YUNIESKY PORTELLE, et al., | |
| Defendants. | (Doc. Nos. 19, 22) |

On July 1, 2021, counsel of record for plaintiffs in this action filed a motion to withdraw as counsel. (Doc. No. 19.) The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2021, the assigned magistrate judge issued findings and recommendations recommending that the pending motion to withdraw as counsel for plaintiffs (Doc. No. 19) be granted. (Doc. No. 22.) Those findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on August 25, 2021 (Doc. No. 22) are adopted in full;

2. The motion to withdraw as counsel filed by Theron T. Mitchell, counsel of record for plaintiffs (Doc. No. 19) is granted;

3. The Clerk of the Court is directed to terminate Theron T. Mitchell as "Lead Attorney to be Noticed" for plaintiffs Marvin Robinson, Linda McClure, and James McClure-Beavers;

4. The Clerk of the Court is also directed to update the docket in this action to include plaintiffs' last known contact information and addresses of record as follows:

   > Marvin Robinson
   > 3721 Coolidge Avenue, Apt. D
   > Oakland, CA 94602
   >
   > Linda McClure
   > 3721 Coolidge Avenue, Apt. D
   > Oakland, CA 94602
   >
   > James McClure-Beavers
   > 2215 West Roselawn St.
   > Rogers, AR 72756

5. The Clerk of the Court is further directed to serve a copy of this order upon the plaintiffs at the above addresses; and

6. Within fourteen (14) days of the date of service of this order, plaintiffs shall notify the court in writing whether they intend to represent themselves in this action or have secured substitute counsel, and whether they intend to continue to prosecute this case. Any failure to so advise the court may result in an order dismissing this action due to plaintiffs' failure to obey a court order and to prosecute this case.

IT IS SO ORDERED.

Dated: **October 13, 2021**

UNITED STATES DISTRICT JUDGE

2