UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ROBINSON, et al., | No. 1:20-cv-01239-DAD-BAK (BAM) |
| Plaintiffs, | |
| v. | ORDER DISMISSING CASE DUE TO PLAINTIFFS' FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS |
| YUNIESKY PORTELLE, et al., | |
| Defendants. | (Doc. No. 26) |

On February 8, 2022, the court issued an order directing plaintiffs to show cause in writing within fourteen (14) days why this action should not be dismissed due to their failure to prosecute and failure to obey court orders. (Doc. No. 26.) Therein, plaintiffs were "warned, one final time, that their failure to timely respond to this order will result in dismissal of this action due to their failure to prosecute this action and failure to comply with court orders." (*Id.* at 2.) Plaintiffs' deadline to respond to that order has now passed, and none of the plaintiffs have filed a response or otherwise communicated with the court.

Accordingly, the court hereby dismisses this action due to plaintiffs' failure to prosecute this action and failure to comply with court orders.

IT IS SO ORDERED.

Dated: **February 25, 2022**                    /s/ Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE

1