UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>YUNIESKY PORTELLE, et al.,<br><br>Defendants. | No. 1:20-cv-01239-DAD-BAK (BAM)<br><br>AMENDED ORDER DISMISSING CASE DUE TO PLAINTIFFS' FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS<br><br>(Doc. No. 26, 27) |

On February 8, 2022, the court issued an order directing plaintiffs to show cause in writing within fourteen (14) days why this action should not be dismissed due to their failure to prosecute and failure to obey court orders. (Doc. No. 26.) Therein, plaintiffs were "warned, one final time, that their failure to timely respond to this order will result in dismissal of this action due to their failure to prosecute this action and failure to comply with court orders." (*Id.* at 2.) The deadline to respond to that order has passed. Accordingly, on February 25, 2022, the court issued an order dismissing this case due to plaintiffs' failure to prosecute and failure to obey court orders, noting that "none of the plaintiffs have filed a response [to the order to show cause ("OSC")] or otherwise communicated with the court." (Doc. No. 27.)

However, unbeknownst to the undersigned, one of the plaintiffs had timely filed a response to the OSC, but that response was not promptly entered on the court's docket. (*See* Doc. No. 29.) Accordingly, the court now issues this amended order to address that response.

1

Plaintiff Linda McClure mailed her response, dated February 13, 2020, presumably intended to be dated February 13, 2022. (Doc. No. 29.) The court received plaintiff Linda McClure's response on February 17, 2022, but that response was not entered on the docket until March 3, 2022. (*Id.*) The court has now considered plaintiff Linda McClure's response and finds that it does not alter the court's conclusion that this action should be dismissed due to plaintiffs' failure to prosecute and failure to comply with court orders. Plaintiff Linda McClure's response simply fails to meaningfully address the OSC, which stated that "plaintiffs shall notify the court in writing whether they intend to represent themselves in this action or have secured substitute counsel, and whether they intend to continue to prosecute this case." (Doc. No. 26 at 2.) In her response, plaintiff Linda McClure merely describes the mental and physical symptoms that she is allegedly currently suffering allegedly as a result of the vehicle accident at issue in this case. (Doc. No. 27.) Notably, plaintiff Linda McClure does not indicate that she wishes to represent herself and prosecute this action *pro se*, nor does she indicate that she has undertaken efforts to secure substitute counsel. Accordingly, the court finds that plaintiff Linda McClure has not shown cause why this action should not be dismissed due to plaintiffs' failure to prosecute and failure to obey court orders.

The other plaintiffs, Marvin Robinson and James McClure-Beavers, did not submit a response to the OSC, and they have not otherwise communicated with the court.

Accordingly, the court hereby issues this amended order dismissing this action due to plaintiffs' failure to prosecute this action and failure to comply with court orders.

This case shall remain closed. No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated:   **March 4, 2022**

UNITED STATES DISTRICT JUDGE